UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE LABOR TRIAL COURT NO. 33 IN BUENOS AIRES, ARGENTINA IN MARIA AMELIA FRATESCHI V. CHEVRON ARGENTINA S.R.L. . | Case No.  23-mc-80138-SK  **ORDER GRANTING APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782**  Regarding Docket No. 1 |

Pending before the Court is an application submitted by the United States Attorney for an order of the Court pursuant to 28 U.S.C. § 1782.  The United States Attorney requests that the Court appoint Emmet P. Ong, Assistant United States Attorney for the Northern District of California, as Commissioner and authorize AUSA Ong to obtain by subpoena the requested evidence from Chevron USA in the form of a statement and documents for transmission to the Office of International Judicial Assistance, United States Department of Justice, for transmission to the Labor Trial Court No. 33 in Buenos Aires, Argentina in *Maria Amelia Frateschi v. Chevron Argentina S.R.L.*

The Court has reviewed the request contained in the request, the application, and the memorandum in support, and is informed of the grounds upon which the request and application are based.

Pursuant to its power under 28 U.S.C. § 1782, the Court hereby ORDERS that AUSA Ong is appointed as Commissioner, that AUSA Ong is authorized to issue subpoenas to obtain the information in compliance with the letter of request, and to take all steps reasonably necessary for the accomplishment of the request.

United States District Court
Northern District of California

1    The Court FURTHER ORDERS that the U.S. Department of Justice shall provide Chevron

2   USA in San Ramon, California with a copy of this order and the accompanying documents.

3    **IT IS SO ORDERED**.

4   Dated: June 8, 2023

5

6   SALLIE KIM
    United States Magistrate Judge